IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-55-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| DAVID MCLEAN, | ) | |
| | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the this case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, as to all defendants for all further proceedings. **All future documents shall reflect the revised case number of 7:03-CR-55-1BO.**

SO ORDERED. This the 6 day of January, 2020.

Peter A. Moore, Jr.
Clerk of Court